IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:15cr64

SCOTT M. HARPER,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION FOR REVIEW OF/RELEASE FROM DETENTION ORDER (DOC. #36)

---

Pursuant to several hearings, both in open Court and by conference call telephone communication, had previously in the record of the captioned cause, the Defendant's Motion for Review of/Release from the Detention Order (Doc. #36) is SUSTAINED, upon the following specific conditions, to wit:

1. He is to follow all the rules, policies and regulations of the United States Pretrial Services Office, to the extent that same do not violate the special conditions set forth below;

2. His supervision while on Pretrial Services is to be transferred to the Southern District of New York, hopefully, to his earlier Pretrial Services Officer, Cynthia Labrovic.

3. He is to be held in custody in the Southern District of Ohio until such time as the following two events occur, in sequence:

    a.    bed space in the facility referred to below is verified as being immediately available as of the day of his release; and

    b.    he is picked up by his parent or parents, at his present place of incarceration, to be driven forthwith to the halfway house where he previously received treatment, to wit: Daytop, a residential facility located in Rhinebeck, New York.

4.    He is not to leave the Daytop facility, for any reason, until such time as he is picked up by a parent or his parents for transportation to the Southern District of Ohio, at a point and time as close as is possible to his final disposition date of September 22, 2015.

It is the request of this Court that Pretrial Services Officer Kelvin Gover draft conditions of bond, to the extent necessary, and coordinate with Daytop of Rhinebeck, New York, to ascertain when bed space will be available. The Court would also appreciate his communicating not only the content of this entry but the date on which Defendant is ultimately guaranteed bed space at the drug counseling facility to the Defendant's parents. Counsel Thomas Anderson may have that contact information, should Mr. Gover not have same.

August 5, 2015

                                     WALTER H. RICE
                                     UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Kelvin Gover, U.S. Pretrial Services Officer
Cynthia Labrovic, U.S. Pretrial Services Officer, Southern District of New York